**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case No. 16-cr-** 108-01-JL |
| v. ) | |
| ) | |
| **DALE EDSON** ) | |
| _____ ) | |

**INDICTMENT**

**The Grand Jury charges:**

**COUNT ONE**

**[Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]**

On or about September 9, 2015, in the District of New Hampshire, the defendant,

**DALE EDSON**,

did knowingly possess any matter that contained an image or video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

TRUE BILL

Dated: July 13, 2016  /s/ Foreperson
FOREPERSON

EMILY GRAY RICE
United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney